KALIMAN SARKAM

341 N. AVENUE 51  APT# 102

LOS ANGELES, CA 90042

(213) 840 - 5967

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KALIMAN SARKAM, | ) | Case No. |
| | ) | CV13-1099 |
| Plaintiff, | ) | **COMPLAINT FOR:** |
| | ) | |
| VS. | ) | FAIR DEBT COLLECTION |
| | ) | |
| BUDYNCPS via BUDZIK & DYNIA | ) | FAIR CREDIT REPORTING ACT |
| ASSOCIATES LLC | ) | |
| | ) | ROSENTHAL ACT |
| | ) | |
| | ) | |
| | ) | **Jury Trial Demanded:** Yes |
| DEFENDANT(S). | ) | |
| | ) | |

**I. JURISDICTION**

1. This Court has jurisdiction under: 15 U.S.C. sec. 1692 k (d), 15 U.S.C. sec. 1681(p)(b), and 28 U.S.C. sec. 1331,1337

## II. VENUE

2. Venue is proper pursuant to: 28 U.S.C. sec. 1391(b) where the acts and transaction giving rise to plaintiff's action occurred in the district, where plaintiff resides in this district, and / or where defendant transact business in this district.

## III. PARTIES

3. Plaintiff's name is: Kaliman Sarkam. Plaintiff resided at: 1316 Tamarind Avenue # 2. Los Angeles, California 90028. Is a consumer within the meaning of 15 U.S.C. sec. 1692 a (3), 15 U.S.C.§ 1681 a (c).

4. Defendant: BUDYNCPS via BUDZIK & DYNIA ASSOCIATES LLC is a "debt collector" within the meaning of 15 U.S.C. sec 1692 a (6).

## IV.   STATEMENT OF FACTS

5. On August 19, 2012, Plaintiff secured his Transunion, Equifax, Experian credit report from www.annualcreditreport.com.

6. The Defendant "BUDYNCPS via BUDZIK & ASSOCIATES LLC obtained plaintiff (a consumer) credit report without permissible purposes as defined by the FCRA 15 U.S.C. § 1681b which defines permissible purposes which a person may obtain a consumer credit report. In the same manner as previously alleged, the FCRA 15 U.S.C. § 1681b are generally if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bonafied offer of credit as a result of the inquiry.

7. On August 25, 2012. Plaintiff via United States Postal services certified mail sent letters disputing litigation purposes for inquiry and inaccurate information to 3 credit reporting bureau agencies.

8. Plaintiff has never had any business dealing or any accounts with made application for credit from, made application for employment with, applied for insurance from or received a bonafied offer of credit from the defendant.

9. The FCRA Fair Credit Reporting Act specifically states that "litigation"

3.

Is not permissible use of a consumer credit report as it does not involve a business to consumer transaction.

10. On August 28, 2012 Plaintiff sent 1st notice to Defendant requesting formal debt validation upon 30 day notice to reply in accordance with (FDCPA) 15 U.S.C. § 1692g, 15 U.S.C. § 1681i, also informing Defendant of their violation of the FCRA.

11. In response letters dated August 30, 2012 from the 3 credit reporting bureau agencies disputed by consumer, inquiry(s) in question was printed, info verified.

12. The Transunion, Experian, Equifax, general policy and procedure for investigating disputed information is to contact by mail or telephone the source of the information. Each source is advised for consumer dispute and is requested to verify the accuracy and/or completeness of the information reported.

13. Defendant failed response to Plaintiff August 25, 2012 validation request in dispute or take the steps necessary to remedy any inaccurate or incomplete information in opportunity to validate legal justification for attempting to collect on the any alleged debt.

14. Defendant continued pursue in attempt to collect on the any alleged debt without proper validation constitute non-compliance and total disregard of federal law.

15. Defendant at no time has communicated with plaintiff what justification they may have had to obtain Plaintiff (consumer) profile 2 times over a (4) month period.

16. Plaintiff through observing credit reports from the month of August thru January, 2013. Defendant has maintained soft inquiry pulls on Plaintiff credit profile.

17. On the January 25, 2012 certified letter, Plaintiff in a good faith effort to allow defendant "BUDYNCPS via BUDZIK & ASSOCIATES LLC ample opportunity to validate alleged debt. Plaintiff sent second letter via certified mail upon 10 day notice response, defendant has failed to respond to said notice.

18. Plaintiff discovery of violations brought forth herein occurred in December 2012 and are within the statute of limitations as defined in the FCRA, 15 U.S.C. § 1681p FDCPA 15 U.S.C. § 1692 k (d).

19. According to Congress, under the FDCPA Act, Although it is permissible for a debt collector to seek to collect on a time barred debt voluntarily, it is prohibited from threatening litigation with respect to such a debt . The defendant act(s) to under such circumstances can at best be described as "misleading" representation, in violation of § 1692 e. §1681b. §1681i, & Rosenthal 1788.30 et seq.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

Violations of FDCPA 15 U.S.C. 1962 et.,seq.

**(As against Defendant(s):** "BUDYNCPS via BUDZIK & ASSOCIATES LLC.

20. Plaintiff re-alleges and incorporates paragraphs 5-19. Defendants violated the FDCPA. Defendants violations include, but are not limited to, the following:

(a) The Defendants violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which is to harass, oppress, and abuse persons in

connection with the collection of the alleged debt;

(b) The Defendant violated 15 U.S.C. § 1692e(2) by misrepresenting the legal status of the debt;

(c) The Defendant violated 15 U.S.C. § 1692e(10) by using a false representation and deceptive means to collect or attempt to collect any debt or to obtain information regarding a consumer;

(d) The Defendant violated 15 U.S.C. § 1692 f by using unfair or unconscionable means to collect or attempt to collect a debt;

(e) The Defendant violated 15 U.S.C. § 1692f(1) by attempting to collect an amount not permitted by law.

21. As a result of the above violations of the FDCPA, Defendants are liable to the Plaintiff for Plaintiff's actual damages, statutory damages, and court fees and costs Pursuant to 15 U.S.C. § 1692k

22. Plaintiff re-alleges and incorporates paragraph 5-19. "BUDYNCPS via BUDZIK & ASSOCIATES LLC. violated 15 U.S.C. sec. 1692f(1) by the collection of any amount including any interest, fee, charge, or expense incidental to the principal obligation unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

## SECOND CAUSE OF ACTION

Violation of FCRA 15 U.S.C. SEC. 1681 b

**As against Defendant(s):** "BUDYNCPS via BUDZIK & ASSOCIATES LLC

23. Plaintiff re-alleges and incorporates by reference all of the foregoing paragraph.

24. Defendant violated the FCRA, Defendant violation include, but are not limited to, the following:

(a) The Defendant violated FCRA 15 U.S.C. § 1681b (f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. § 1681b.

(b) The Defendant is a furnisher of information within the meaning of the FCRA 15 U.S.C. § 1681s-2

(c) Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. § 1681a (c)

25. Plaintiff re-alleges and incorporates paragraph 5-19. Plaintiff did not Initiate a firm offer of credit (loan, credit card) with defendant. Plaintiff did not Initiate firm offer of insurance with defendant. Plaintiff did not initiate employment with defendant. Defendant was not directed by a court order to pull

plaintiff consumer report. Defendant is no gov't agency under USA Patriot Act reply: UNITED STATES v. McNeil 362 F.3d 570 "9th Circuit Court of Appeals"

26. Actions on the part of defendant demonstrates a willful disregard for federal law and constitutes a blatant attempt to injure or ruin the credit rating of plaintiff since defendant has demonstrated an inability to validate the alleged debt and subsequently attempted coerce payment. 15 U.S.C sec. 1681 .

## I. REQUEST FOR RELIEF

27. That this court grant judgement against defendant for first claim for relief 1) Actual damages determined by jury 2.) Punitive & Statutory damages 15 U.S.C. sec. 1692 d (1), 1692 e, 1692 f (6) 1692 g Remedies 1692 k, $ 1,000 & Rosenthal Act § 1788.30 $1,000.00 per statute 3.) legal cost and fees. 4.) Any relief as the court see fit.

31. That this court grants judgement against defendants for: second claim for relief 1.) Actual damages to be determined by jury 2.) Punitive and Statutory damages FCRA 15 U.S.C. sec.1681b, 1681i, 1681s-2, 1681 n & o $1000.00 3.) court fees and cost 4.) Any relief as court see fit.

9.

Date: 2/15/2013

Sign: *[signature]*

Print Name: Kaliman Saalcam

## DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury trial on all issues raised in this complaint

Date: 2/15/2013

Sign: *[signature]*

Print Name: Kaliman Saalcam



KALIMAN SARKAM
1316 TAMARIND AVE #2
LOS ANGELES, CA [90028]

BUDYNCPS via BUDZIK & DYNIA, LLC
4849 N MILWAUKEE A
SUITE 801
CHICAGO, IL 60630

AUGUST 25, 2012

Re: Unauthorized Credit Inquiry

To Whom It May Concern:

I recently received a copy of my credit report. The credit report showed a credit inquiry by your company that I do not recall authorizing 02/13/2012. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed.

If you find that I am remiss, and you do have my authorization to inquire into my credit report, then please send me proof of this.

Thanking you in advance,


KALIMAN SARKAM
(without prejudice)

11.

Ex. wh.

KALIMAN SARKAM
1316 TAMARIND AVE #2
LOS ANGELES, CA [90028]

BUDYNCPS via DYNIA & ASSOCIATES LLC.
4849 N. MILWAUKEE A
SUITE 801
CHICAGO, IL 60630

DECEMBER 25, 2012

Re: Unauthorized Credit Inquiry

To Whom It May Concern:

I have previously sent you a request to validate the unauthorized credit pull inquiry on August 25, 2012 under the Fair Debt Collection Practices Act and I have yet to hear from you regarding this matter. I feel as though I have given your organization ample time to resolve this questionable inquiry. The credit report showed a credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed.

If you find that I am remiss, and you do have my authorization to inquire into my credit report, then please send me proof of this.

Thanking you in advance,


KALIMAN SARKAM
(without prejudice)

## Regular Inquiries

Regular Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.

**CLIENT SERVICES INC** A

3451 HARRY S TRUMA  
ST CHARLES, MO 63301  
Phone number not available

Requested On: 07/10/2012  
InquiryType: Individual

**GECRB/OLD NAVY**

PO BOX 965005  
ORLANDO, FL 32896  
(877) 222-6868

Requested On: 03/09/2012  
InquiryType: Individual

**BUDYNCPS via DYNIA & ASSOCIATES LLC** A

4849 N MILWAUKEE A  
SUITE 801  
CHICAGO, IL 60630  
(773) 902-1130

Requested On: 02/13/2012  
InquiryType: Individual  
Permissible Purpose: COLLECTION

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.40 |

Postmark Here — GLENDALE CA 91209

7011 3500 0002 3943 4875

Sent To: Buoy NCPS via Dynia & Associates
Street, Apt. No.; or PO Box No.: 4849 N. Milwaukee A #801
City, State, ZIP+4: Chicago IL 60630

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.40 |

Postmark Here — 08/28/2012

7010 0290 0003 3031 3457

Sent To: Buoy NCPS via Buozik & Dynia
Street, Apt. No.; or PO Box No.: 4849 N. Milwaukee A #801
City, State, ZIP+4: Chicago, IL 60630

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.40 |

Postmark Here — AUG 25 2012 — 08/25/2012 GLENDALE CA USPS 91209

7012 0470 0001 7942 2923

Sent To: Transunion Consumer Relations
Street, Apt. No.; or PO Box No.: P.O. Box 2000
City, State, ZIP+4: Chester PA 19022-2000

PS Form 3800, August 2006          See Reverse for Instructions

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)

Kaliman Saekam

**DEFENDANTS**

BudyNCPS via Budzik & Dynia, LLC

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Kaliman Saekam
341 N. Avenue 51 #102
Los Angeles, CA 90042    (213) 840-5967

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $ 5,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

FDCPA, FCRA, Rosenthal

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☒ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Info. Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury- Med Malpractice
- ☐ 365 Personal Injury- Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus- Alien Detainee
- ☐ 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 American with Disabilities - Employment
- ☐ 446 American with Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus/ Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE / PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety /Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: CV13-1099

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Chicago, IL |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Kalimon Sackom_  Date _2/15/2013_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

**Key to Statistical codes relating to Social Security Cases:**

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |