KALIMAN SARKAM
341 N. AVENUE 51, APT # 102
LOS ANGELES, Ca 90042
818 392 9731
Plaintiff in Pro Per

AIMEE R. MORRIS
ATTORNEY
8400 MIRAMAR ROAD, SUITE 200-230A
SAN DIEGO, CA 92126
Tel: 619/991-0548 Fax: 858/207-6954
armmorris@aol.com

Attorneys for Defendants
DYNIA AND ASSOCIATES, LLC
BUDYNCPS via BUDZIK AND DYNIA ASSOCIATES,LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALIMAN SARKAM | ) Case No. CV13-01099-DDP-(RNBx) |
| Plaintiff, | ) STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) |
| vs. | ) |
| DYNIA AND ASSOCIATES, LLC, BUDYNCPS via BUDZIK AND DYNIA ASSOCIATES, LLC | ) |
| Defendants. | ) |

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

STIPULATION RE: DISMISSAL

Plaintiff Kaliman Sarkam and Defendants DYNIA AND ASSOCIATES, LLC, (hereinafter collectively sued as "BUDYNCPS via BUDZIK AND ASSOCIATES, LLC") through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1).

This stipulation is based on the fact that the Plaintiff Kaliman Sarkam and Defendants DYNIA AND ASSOCIATES, LLC, (hereinafter collectively sued as "BUDYNCPS via BUDZIK AND ASSOCIATES, LLC") have resolved this action in its entirety. As part of said resolution, the Plaintiff Kaliman Sarkam and Defendants DYNIA AND ASSOCIATES, LLC, (hereinafter collectively sued as "BUDYNCPS via BUDZIK AND ASSOCIATES, LLC"), . agree to dismiss this action, in its entirety, with prejudice. Plaintiff and Defendant will bear his/their own attorneys fees and costs.

Dated: October 9, 2013

MORRIS LAW, PC

/s/ Aimee R. Morris
Aimee R. Morris

Attorney for Defendant(s)
DYNIA AND ASSOCIATES, LLC
BUDYNCPS via BUDZIK AND DYNIA ASSOCIATES, LLC

STIPULATION RE: DISMISSAL

Dated: 10/09/2013

Respectfully submitted,
Kaliman Sarkam

**PLAINTIFF IN PRO PER**

_____
Kaliman Sarkam
Plaintiff in pro per

STIPULATION RE: DISMISSAL